Dear Clerk

Please Amend this Notice of Jurisdiction
Thank you for your time in this matter.

Respectfully
Submitted

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 29 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

Twelfth Court of Appeal

Cause No. 12-14-00356-CR    Trial Court Cause No.
                              007-1110-00-II

Jody Ford McCreaz .v. The State of Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 29 2014
TYLER TEXAS
CATHY S. LUSK, CLERK

Notice of Jurisdiction.

Now Come Jody Ford McCreaz and file
this notice of jurisdiction. On Octomber 2014
Appellant filed A writ of 11.07 habeas
Corpus. The District Court judge denied the
11.07 habeas Corpus, and did not hold A
hearing on the merits of Applicant's claim.
the 12th Court of Appeal have jurisdiction to
hear this appeal under Article 44.02, V.A.C.C.P.
in accordance with Tex-R. App. Pro 44.
see Ex Parte Hargett 819 S.W. 2d. 866 867 868
869. (Tex Ci App 1991) see Ex parte Villanueva
252 S.W. 3d 391 (Tex Crim App 2008)

                              Respectfully Submitted

                              Jody Ford McCreaz

                              Jody Ford McCreaz
                              1694118 Ellis Unit
                              1697. F.M 980
                              Huntsville Tx
                              78 757343.

# Certificate of Service

I Jody F. McCreary Certfy a copy of this Notice of Jurisdiction was sent to Mr. Michael J. West Asst District Attorney 4th floor Courthouse 100 Broadway. On December - 22, 2014

Sincerely

_Jody McCreary_